USDC SCAN INDEX SHEET

JAH 3/9/04 9:56

3:02-CV-01096 QUECHAN INDIAN TRIBE V. USA

*38*

*M.*

FRANK R. JOZWIAK
MORISSET, SCHLOSSER, JOZWIAK & McGAW
Washington Bar No. 9482
801 Second Avenue
1115 Norton Building
Seattle, WA 98104-1509
Telephone: 206-386-5200
Attorneys for Plaintiff Quechan Indian Tribe

BRYAN SNYDER
DUKE GERSTEL SHEARER, LLP
California Bar No. 125212
101 West Broadway, Suite 1120
San Diego, CA 92101
Telephone: 619-232-0816
Local Counsel for Plaintiff Quechan Indian Tribe

FILED
04 MAR -8 AM 10:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUECHAN INDIAN TRIBE, a federally recognized Indian Tribe, on its own behalf, and as parens patriae on behalf of its members,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | Case No. 02CV1096-IEG (AJB)<br><br>NOTICE OF MOTION and MOTION TO AMEND COMPLAINT<br><br>Oral Argument Ordered<br><br>Assigned to Judge Irma E. Gonzalez<br><br>DATE: April 5, 2004<br>TIME: 10:30 a.m. |

PLEASE TAKE NOTICE that the motion of Plaintiff Quechan Indian Tribe ("Tribe") for leave to amend its complaint is noted for hearing on April 5, 2004, at 10:30 a.m., or as soon thereafter as the matter may be heard, in United States District Court for the District of Southern California, 4290 Front Street, Courtroom A, 1st Floor, San Diego, California 92101. This motion is based on the Memorandum of Points and Authorities, on the records and file herein,



38
ORIGINAL

and on such oral and documentary evidence as may be presented at the hearing of the motion. The Tribe specifically seeks an order (1) granting it leave to file an amended complaint as described in its Memorandum and Exhibits 1 and 2 (which, respectively, are a redline/strikeout version and clean version of the proposed complaints), and (2) stating that the amended complaint supersedes and relates back to the Tribe's original complaint.

DATED this 4th day of March, 2004.

**MORISSET, SCHLOSSER, JOZWIAK & McGAW**

By ______________________
Frank R. Jozwiak
Attorneys for Quechan Indian Tribe

T:\WPDOCS\0267\09913\pleadings\NotMotAmendComplaint_001.doc
kfn:3/4/04

FRANK R. JOZWIAK
MORISSET, SCHLOSSER, JOZWIAK & McGAW
Washington Bar No. 9482
801 Second Avenue
1115 Norton Building
Seattle, WA 98104-1509
Telephone: 206-386-5200
Attorneys for Plaintiff Quechan Indian Tribe

BRYAN SNYDER
DUKE GERSTEL SHEARER, LLP
California Bar No. 125212
101 West Broadway, Suite 1120
San Diego, CA 92101
Telephone: 619-232-0816
Local Counsel for Plaintiff Quechan Indian Tribe

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUECHAN INDIAN TRIBE, a federally recognized Indian Tribe, on its own behalf, and as parens patriae on behalf of its members,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 02CV1096-IEG (AJB)<br><br>CERTIFICATE OF SERVICE |

I hereby certify that, on March 5, 2004, the following documents:

1. Notice of Motion and Motion to Amend Complaint,

2. Plaintiff Tribe's Memorandum of Points and Authorities in Support of Motion for Leave to Amend Complaint, and

3. This Certificate of Service

were served on counsel for Defendants, by transmitting a true and correct copy overnight delivery with all costs of delivery prepaid to:

 ORIGINAL

Vince Farhat, Assistant United States Attorney
United States Attorney's Office
Central District of California
300 N. Los Angeles Street, Room 7516
Los Angeles, CA 90012
Attorney for the Defendants

DATED this 5th day of March, 2004.

By: Kaye F. Nealy
Kaye F. Nealy
Paralegal

T:\WPDOCS\0267\09913\pleadings\COS030504.doc
kfn:3/5/04